IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TISHA BRICK and A.B.

       Plaintiffs,

v.                                                                    No. 1:20-cv-00881-WJ-KK

ESTANCIA MUNICIPAL SCHOOL DISTRICT, et al.,

       Defendants.

## ORDER REGARDING SERVICE

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Second Amended Civil Rights Complaint Pursuant to [42] U.S.C. § 1983, Doc. 20, filed December 30, 2020 ("Second Amended Complaint").

Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. Section 1915 provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). The Court did not order service of Summons and Complaint on Defendants when Plaintiff filed her original Complaint because it appeared that many of the claims in the Complaint should be dismissed. Plaintiff has since filed her Second Amended Complaint. *See* Doc. 20, filed December 30, 2020.

Defendant Estancia Municipal School District and 14 individual Defendants have returned a Waiver of the Service of Summons that they received from Plaintiff. *See* Waiver of Service Returned Executed, Doc. 21, filed January 12, 2021; Certificate of Service, Doc. 22, filed January 12, 2021. The Court does not know whether Plaintiff has sent a Notice and Waiver of Service request to, or otherwise served, any of the other 12 individual Defendants. If Plaintiff has not sent a Notice and Waiver of Service request to, or otherwise served, any of the other 12 individual

Defendants and wishes the Court to do so, Plaintiff must file a motion with the names and addresses of those Defendants she wishes the Court to serve.

     **IT IS SO ORDERED.**

_____

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**